381-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
PENGUIN MARITIME LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

PENGUIN MARITIME LTD.,                        08  CV          (    )

                Plaintiff,                **RULE 7.1 STATEMENT**

    -against -

LEE & MUIRHEAD LTD., a/k/a LEE &
MUIRHEAD PVT LTD.,

                Defendant.
-----------------------------------------------------------------x

       The Plaintiff, PENGUIN MARITIME LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       July 24, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              PENGUIN MARITIME LTD.

            By:             _____
                              Michael E. Unger (MU 0045)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Fax: (212) 425-1901

NYDOCS1/309274.1