UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
PENGUIN MARITIME LTD,                      :
                                           :
            Plaintiff,                     :        08 Civ. 6570 (JSR)
                                           :
       -v-                                 :            ORDER
                                           :
LEE & MUIRHEAD LTD., a/k/a LEE &           :
MUIRHEAD PVT LTD.,                         :
                                           :
            Defendant.                     :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

        On July 24, 2008, the plaintiff in this action submitted to

the Court a proposed Order Directing Clerk to Issue Process of

Maritime Attachment and Garnishment.  The Court originally declined

to sign that order, as it believed doing so would contradict the

Court's earlier decision in Seamar Shipping Corp. v. Kremikovtzi

Trade Ltd., 461 F. Supp. 2d 222 (S.D.N.Y. 2006).  The Court agreed to

sign a modified version of the Order, which it duly did on August 4,

2008, and invited briefing on the broader order originally requested.

This briefing urged the Court to reconsider its ruling in Seamar.

Upon further reflection, however, in light of the fact that the

defendant in this action has not yet appeared, the Court has decided

to wait for the adversarial process to play out, rather than to limit

the attachment, sua sponte, as to matters on which the Court of

Appeals has not yet ruled.  Accordingly, the Court now signs the

Order as originally proposed, but wishes to make clear that in so

doing it is in no way reconsidering its decision in Seamar.

SO ORDERED.

Dated: New York, NY
       August 8, 2008

_____
                                    JED S. RAKOFF, U.S.D.J.