381-08/MEU/SL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PENGUIN MARITIME LTD.,

                              Plaintiff,

- against –

LEE & MUIRHEAD LTD.,
a/k/a LEE & MUIRHEAD PVT LTD.,

                              Defendant.
------------------------------------------------------------------x

*UNDER TEMPORARY SEAL*

08 CV 6570 (JSR)

**AMENDED ORDER TEMPORARILY SEALING THE COURT FILE**

      An application having been made by Plaintiff for a Revised Order Temporarily Sealing the Court File;

      NOW, upon reading Plaintiff's Letter dated August 11, 2008, and further to the Court's Order Temporarily Sealing the Court File dated August 4, 2008, and good cause having been shown, it is hereby

      **O R D E R E D** that all documents relating to the issuance of Process of Maritime Attachment and Garnishment, including but not limited to (1) the Court's Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment; Appointing Person to Service Process Pursuant to Rule 4(c); and Concerning the Scope of Service and (2) the Process of Maritime Attachment issued in this case, together with (3) the Verified Complaint, (4) the Lee Affidavit Pursuant to Rule B(1) and in Support of Order Appointing Person to Serve Process Pursuant to Rule 4(c) and Scope of Service and (5) the Unger Affidavit of Good Faith in Support of Application for an Order Temporarily Sealing Court File, be filed and maintained under seal until further notice of this Court or notification to the Clerk that the Defendant's property has

NYDOCS1/310367.1

been attached pursuant to the Process of Maritime Attachment and Garnishment, and it is hereby further

**O R D E R E D** that any documents relating to the Process of Maritime Attachment and Garnishment filed in the physical court file in paper form and/or in the electronic filing system in electronic form be removed from the physical court file and/or the electronic filing system, sealed and maintained under seal in accordance with this Order, and it is hereby further

**O R D E R E D** that the Clerk may have access to the sealed file to implement or ensure compliance with the Orders issued in this matter.

Dated: New York, New York
      August 11, 2008

                                          _____
                                          Hon. Jed. S. Rakoff, U.S.D.J.