381-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
PENGUIN MARITIME LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900/(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PENGUIN MARITIME LTD.,

                      Plaintiff,

  - against –

LEE & MUIRHEAD LTD.,
a/k/a LEE & MUIRHEAD PVT LTD.,

                      Defendant.
-----------------------------------------------------------x

08 cv 6570 (JSR)

**ORDER FOR
LIFTING OF SEAL**

**WHEREAS**, Plaintiff having reported to the Court that property of Defendant has been restrained;

**IT IS HEREBY ORDERED** that the Court's Order dated August 11, 2008 directing that this matter be placed under temporary seal is hereby rescinded and the Clerk of the Court is Ordered to enter and docket this matter.

Dated: New York, New York
       August __19__, 2008

"SO ORDERED"

_[signature]_
Hon. Jed S. Rakoff, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-20-08

NYDOCS1/310919.1