381-08/MEU

**\*\*_UNDER TEMPORARY SEAL_\*\***

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the MARSHAL of the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF

NEW YORK, GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court,

Southern District of New York on the 24th day of July, 2008, and styled:

PENGUIN MARITIME LTD.,

**08 CV 6570 (JSR)**

                                        Plaintiff,

    -against-

LEE & MUIRHEAD LTD., a/k/a LEE &
MUIRHEAD PVT LTD.,

                                        Defendant.

in a certain action for amounts due Plaintiff from Defendant in connection with a claim for

breach of a maritime contract of charter party, and praying for Process of Maritime Attachment

and Garnishment against the said Defendant in the amount of **$2,956,611.84; and,**

WHEREAS, this Process is issued pursuant to such prayer and requires that a garnishee

shall serve his Answer, together with answers to any Interrogatories served with the Verified

Complaint, within 20 days after service of process upon him and requires that Defendants shall

serve its Answer(s) within 30 days after process has been executed, whether by attachment of

property or service on the garnishees or arrest of property within the possession of the

garnishees;

NOW, THEREFORE, we do hereby command you that if the said Defendants cannot be

found within the District, you attach all assets, comprising of, _inter alia_, cash, funds, escrow

NYDOCS1/309281.2

381-08/MEU

funds, credits, debts, wire transfers, electronic fund transfers, accounts, letters of credit, freights,

sub-freights, charter hire, sub-charter hire, or any other assets of, belonging to, due or being

transferred to, from, or for the benefit of Defendants **LEE & MUIRHEAD LTD., a/k/a LEE &**

**MUIRHEAD PVT LTD.** (collectively hereinafter, "ASSETS"), including but not limited to

such ASSETS as may be held, received, or transferred in their individual names or as may be

held, received or transferred for their individual benefit at, through, or within the possession,

custody or control of ABN Amro North America, American Express Bank, Bank of America,

BNP Paribas, Citibank, Deutsche Bank Trust Co., HSBC, HSBC USA Bank NA, JPMorgan

Chase Bank, Standard Chartered Bank, The Bank of New York Mellon, and/or Wachovia Bank

together with any such ASSETS as may be held by any other garnishee(s) on whom a copy of

this Order of Attachment may be served, and that you seize them and promptly after execution of

this process, file the same in this Court with your return thereon.

    WITNESS, the Honorable _Jed S. Rakoff_ , United States District

Judge of said Court, this _11th_ day of ~~July~~ _August_, 2008, and of our Independence the two hundred and

thirty-second.

        Clerk **J. MICHAEL McMAHON**

        By: _____
                Deputy Clerk

        CERTIFIED AS A TRUE COPY ON

        THIS DATE _08·11-08_

        BY _____
             ( ) Clerk
             (✓) Deputy

NOTE: This process is issued pursuant to Rule B(1) and Rule C of the Supplemental Rules for
Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

NYDOCS1/309281.2