381-08/MEU/SL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PENGUIN MARITIME LTD.,

                            Plaintiff,

  - against --

LEE & MUIRHEAD LTD.,
a/k/a LEE & MUIRHEAD PVT LTD.,

                            Defendant.
------------------------------------------------------------x

*UNDER TEMPORARY SEAL*

08 CV 6570 (JSR)

ORDER
TEMPORARILY SEALING
THE COURT FILE

An application having been made by Plaintiff for an Order Temporarily Sealing the Court File;

NOW, upon reading Plaintiff's Letter, dated July 28, 2008, and the Affidavit of Good Faith, sworn to on that same day, and good cause having been shown, it is hereby

**O R D E R E D** that all documents relating to the issuance of Process of Maritime Attachment and Garnishment, including but not limited to (1) the Court's Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment; Appointing Person to Service Process Pursuant to Rule 4(c); and Concerning the Scope of Service and (2) the Process of Maritime Attachment issued in this case, together with (3) the Verified Complaint, (4) the Lee Affidavit Pursuant to Rule B(1) and in Support of Order Appointing Person to Serve Process Pursuant to Rule 4(c) and Scope of Service and (5) the Unger Affidavit of Good Faith in Support of Application for an Order Temporarily Sealing Court File, be filed and maintained under seal until further notice of this Court or notification to the Clerk that the Defendant's property has been attached pursuant to the Process of Maritime Attachment and Garnishment, and it is hereby further

**O R D E R E D** that any documents relating to the Process of Maritime Attachment and Garnishment filed prior to the issuance of this Order, be sealed and maintained under seal in accordance with this Order, and it is hereby further

**O R D E R E D** that the Clerk may have access to the sealed file to implement or ensure compliance with the Orders issued in this matter.

Dated: New York, New York
~~July~~ 8/4, 2008

_____
Hon. Jed. S. Rakoff, U.S.D.J.