**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENGUIN MARITIME LTD.<br><br>                    Plaintiff,<br>-against-<br><br>LEE & MUIRHEAD LTD, a/k/a/ LEE & MUIRHEAD PVT LTD.<br><br>                    Defendant | ECF CASE<br><br>08 Civ. 6570 (JSR)<br><br>**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)** |

Lee & Muirhead Ltd., a/k/a/ Lee & Muirhead Pvt. Ltd. by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order dismissing the Verified complaint and vacating the Ex Parte Order for Process of Maritime Attachment against defendant, Lee & Muirhead Ltd.

Dated: New York, New York
       August 29, 2008

                                        **LAW OFFICES OF RAHUL WANCHOO**
                                        Attorneys for Defendant
                                        LEE &MUIRHEAD LTD. a/k/a/ LEE MUIRHEAD PVT. LTD.

                                        By: _Rahul Wanchoo_
                                            Rahul Wanchoo (RW-8725)